Opinion issued May 9, 2013



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-13-00125-CV
_____

### IN THE INTEREST OF D.C., AKA D.R.C., III, a Child

_____

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-04925J**

_____

## MEMORANDUM OPINION

This is an appeal from a judgment signed February 7, 2013. On April 5, 2013, the parties filed a joint motion to dismiss the appeal because the trial court set aside the February 7, 2013 judgment by order signed and entered March 6, 2013. *See* TEX. R. APP. P. 42.1. No opinion has issued. Accordingly, we grant the

motion and dismiss the appeal. *See id.* We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.